UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 17-12 (DSD/BRT)

---

United States of America,

        Plaintiff,

v.

Ian Scot Laurie,

        Defendant.

**DEFENSE *AMENDED* EXHIBIT LIST**

---

At trial herein, the Defense may offer the following Exhibits into evidence:

Exhibit #1: Sanitized FTK Reports, HP Laptop SN CNF0236DXY: Disk

Exhibit #2: Sanitized FTK Reports, HP Laptop SN CNF0236DXY: paper

Exhibit #3: Sanitized Facebook messages, Boggs, Bates ##1876-1879

Exhibit #4: Full Directory file list for QMP2, HP Laptop SN CNF0236DXY: Disk

Exhibit #5: Full Directory file list for QMP2, HP Laptop SN CNF0236DXY: paper

Exhibit #6: T-Mobile cellular phone records for defendant

Exhibit #7: Curriculum Vitae of Mark Lanterman.

The defense reserves the right to supplement or amend the Exhibits.

Respectfully submitted,

BRUNO LAW, PLLC

Dated: October 18, 2017

*/s/ Frederic Bruno*
Frederic Bruno, Attorney ID 123213
Attorney for Defendant
5500 Wayzata Boulevard, Suite 1000
Minneapolis, MN 55416
(763) 545-7900
bruno@brunolaw.com