# United States District Court
## STATE AND DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA | GOVERNMENT'S EXHIBIT LIST |
|---|---|
| v. | |
| IAN SCOT LAURIE | Criminal No. 17-12 (DSD/BRT) |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable David S. Doty | Katharine T. Buzicky and Bradley M. Endicott, AUSAs | Frederic Bruno, Esq. Stephen Foertsch, Esq. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| October 23, 2017 | | Connie Baker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | | | Comcast subscriber records |
| 2 | | | | | Disk containing Minneapolis undercover Camtasia recording, 4/12/2013 |
| 3 | | | | | Disk containing Minneapolis undercover Camtasia recording, 10/30/2014 |
| 4 | | | | | Disk containing Minneapolis undercover Camtasia recording, 10/31/2014 |
| 5 | | | | | Disk containing Minneapolis undercover Camtasia recording, 11/18/2014 |
| 6 | | | | | Summary chart of GigaTribe and IP address activity |
| 7 | | | | | Selection of Arlobingo chats |
| 8 | | | | | Disk containing selection of family snapshots downloaded from GigaTribe |
| 9 | | | | | Map of locations of Comcast subpoena returns |
| 10 | | | | | Laptop computer seized during search |
| 11 | | | | | Hard drive seized during search |
| 12 | | | | | Family snapshots recovered from hard drive |
| 13 | | | | | Cell phone seized during search |
| 14 | | | | | Tablet seized during search |
| 15 | | | | | Disk containing Denver undercover Camtasia recording |
| 16 | | | | | Denver undercover chat with Arlobingo |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 17 | | | | | Disk containing family snapshots downloaded by Denver undercover agent |
| 18 | | | | | Disk containing New York undercover Snagit recording |
| 19 | | | | | New York undercover chat with Arlobingo |
| 20 | | | | | Screen shot of DCIM folder from New York undercover session |
| 21 | | | | | Clip of ! NEW ! (pthc) Tara 8yr - fucking with daddy every day - May.wmv |
| 22 | | | | | Clip of 10yo Slow Anal.AVI |
| 23 | | | | | 13aa.jpg |
| 24 | | | | | 13aa.jpg (redacted) |
| 25 | | | | | 36bb.jpg |
| 26 | | | | | 36bb.jpg (redacted) |
| 27 | | | | | 1117768645927.jpg |
| 28 | | | | | 1117768645927.jpg (redacted) |
| 29 | | | | | 100_1983.JPG |
| 30 | | | | | 100_1983.JPG (redacted) |
| 31 | | | | | Clip of 2009 Pthc 9Yo Asking For Cum(1m52s).avi |
| 32 | | | | | super1176368278271.jpg |
| 33 | | | | | super1176368278271.jpg (readacted) |
| 34 | | | | | super1176430520333.jpg |
| 35 | | | | | super1176430520333.jpg (readacted) |
| 36 | | | | | Disk containing full-length copies of ! NEW ! (pthc) Tara 8yr - fucking with daddy every day - May.wmv and 10yo Slow Anal.AVI |
| 37 | | | | | Disk containing full-length copy of 2009 Pthc 9Yo Asking For Cum(1m52s).avi |
| 38 | | | | | Surveillance photograph |
| 39 | | | | | Surveillance photograph |
| 40 | | | | | Surveillance photograph |
| 41 | | | | | Surveillance photograph |
| 42 | | | | | Surveillance photograph |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 43 | | | | | Surveillance photograph |
| 44 | | | | | Surveillance photograph |
| 45 | | | | | Surveillance photograph |
| 46 | | | | | Surveillance photograph |
| 47 | | | | | Surveillance photograph |
| 48 | | | | | Search warrant photograph |
| 49 | | | | | Search warrant photograph |
| 50 | | | | | Search warrant photograph |
| 51 | | | | | Search warrant photograph |
| 52 | | | | | Search warrant photograph |
| 53 | | | | | Search warrant photograph |
| 54 | | | | | Ian Laurie Leasing Documents |
| 55 | | | | | Snap Fitness Business Records relating to Ian Laurie |
| 56 | | | | | Stipulation |
| 57 | | | | | Forensic Toolkit (FTK) Report of hard drive |
| 58 | | | | | Rachel Boggs photographs from Christmas 2014 |
| 59 | | | | | Forensic examination exhibits |
| 60 | | | | | Forensic examination exhibits |
| 61 | | | | | Forensic examination exhibits |
| 62 | | | | | Forensic examination exhibits |
| 63 | | | | | |
| 64 | | | | | |
| 65 | | | | | |
| 66 | | | | | |
| 67 | | | | | |