UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 17-12(DSD/BRT)

United States of America,

       Plaintiff,

v.                                                    **ORDER**

Ian Scot Laurie,

       Defendant.


    This matter is before the court upon the motion for judgment of acquittal by defendant Ian Scot Laurie. Laurie moved for judgment of acquittal at trial after the government closed its evidence. The court reserved decision on the motion until after the jury returned its verdict. The jury found Laurie guilty of five counts of distribution of child pornography.

    On a defendant's motion for acquittal, the court "must enter a judgment of acquittal of any offense for which the evidence is insufficient to sustain a conviction." Fed. R. Crim. P. 29(a). When considering a motion for judgment of acquittal based on sufficiency of the evidence, the court views the evidence "in the light most favorable to the verdict, giving it the benefit of all reasonable inferences." United States v. Cacioppo, 460 F.3d 1012, 1021 (8th Cir. 2006) (citation and internal quotation marks omitted). The court will grant the motion "only if there is no interpretation of the evidence that would allow a reasonable jury to find the defendant guilty beyond a reasonable doubt." Id.

(citation and internal quotation marks omitted).

In the present case, the government offered evidence that was more than sufficient to sustain a conviction.  Accordingly, **IT IS HEREBY ORDERED** that the motion for judgment of acquittal is denied.


Dated: October 26, 2017

s/David S. Doty
David S. Doty, Judge
United States District Court
